# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY G KAZMIERCZAK | § | Case No. 12-43480 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/11/2015 in Courtroom 742,

U.S. Bankrptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/13/2015          By: /s/ Gregg Szilagyi
                                                                 Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY G KAZMIERCZAK | § | Case No. 12-43480 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,330.01 |
| and approved disbursements of | $ | 3,259.68 |
| leaving a balance on hand of[1] | $ | 20,070.33 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $        2,771.40 | $            0.00 | $        2,771.40 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,771.40 |
| Remaining Balance | $ | 17,298.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,762.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  38.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $           12,180.34 | $              0.00 | $           4,707.17 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $            8,711.53 | $              0.00 | $           3,366.62 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $            7,709.11 | $              0.00 | $           2,979.23 |
| 4 | Quantum3 Group Llc As Agent For | $              104.93 | $              0.00 | $              40.55 |
| 5 | Quantum3 Group Llc As Agent For | $              166.10 | $              0.00 | $              64.19 |
| 6 | Capital Recovery V, Llc | $            5,389.44 | $              0.00 | $           2,082.78 |
| 7 | N. A. Fia Card Services | $           10,501.54 | $              0.00 | $           4,058.39 |

Total to be paid to timely general unsecured creditors          $           17,298.93

Remaining Balance          $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi _____
                                                                    Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-43480-CAD
Mary G Kazmierczak                                                  Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams        Page 1 of 2          Date Rcvd: Jan 14, 2015
                             Form ID: pdf006         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2015.
db         +Mary G Kazmierczak,   3245 N. Olcott,   Chicago, IL 60634-3338
19644188   +Abamromtg,   2600 West Big Beaver Road,   Troy, MI 48084-3318
19644189   +Armor Systems Co (Original Creditor:Vill,   1700 Kiefer Dr Ste 1,   Zion, IL 60099-5105
19644191   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
19644190   +Bac/Fleet-Bkcard,   200 Tournament Dr,   Horsham, PA 19044-3606
19644193    Bk Of Amer,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
19644192    Bk Of Amer,   De5-019-03-07,   Newark, DE 19714
19644194   +Bk Of Amer,   450 American St,   Simi Valley, CA 93065-6285
19644195   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19644197   +Citi Cards,   Po Box 6497,   Sioux Falls, SD 57117-6497
19644198   +Citibank Na,   Po Box 769006,   San Antonio, TX 78245-9006
19644199   +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
19644200   +Comenity Bank/Brylnhme,   Po Box 182789,   Columbus, OH 43218-2789
19644201   +Comenity Bank/Mtrostyl,   Po Box 182789,   Columbus, OH 43218-2789
19644202   +Comenity Bank/Nwprtnws,   101 Crossway Park West,   Woodbury, NY 11797-2020
19644203   +Comenity Capital/Blair,   Po Box 182120,   Columbus, OH 43218-2120
20126621    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19644207   +Plaza Bank,   7460 W Irving Pk R,   Norridge, IL 60706-2187
19644208   +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
19644210   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
19644209   +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20356690    E-mail/PDF: rmscedi@recoverycorp.com Jan 15 2015 01:26:06   Capital Recovery V, LLC,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
            Miami, FL 33131-1605
19916735    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:27:32   Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19644204   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:27:32   Discover Fin Svcs Llc,
            Po Box 15316,   Wilmington, DE 19850-5316
20103011    E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2015 01:25:58   GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19644205    E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2015 01:27:24   Gecrb/Jcp,   Po Box 984100,
            El Paso, TX 79998
19644206   +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2015 01:25:58   Gecrb/Walmart,   Po Box 981400,
            El Paso, TX 79998-1400
19921459   +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2015 01:23:51
            PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
            Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
19944029    E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2015 01:06:42
            Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
19944028    E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2015 01:06:42
            Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
            Kirkland, WA 98083-0788
20356691    E-mail/PDF: rmscedi@recoverycorp.com Jan 15 2015 01:23:56
            Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                                     TOTAL: 10

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19644196       citi bank
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2015                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
    Gregg Szilagyi   gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
    John Nasiakos   on behalf of Debtor Mary G Kazmierczak john@nasiakoslaw.com
    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                     TOTAL: 3