UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
MARY G KAZMIERCZAK § Case No. 12-43480
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 9,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 17,298.93     Claims Discharged
                                                Without Payment: 389,229.06

Total Expenses of Administration: 2,915.08

---

3) Total gross receipts of $ 23,330.01  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,116.00  (see **Exhibit 2**), yielded net receipts of $ 20,214.01  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 288,168.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,915.08 | 2,915.08 | 2,915.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,597.00 | 44,762.99 | 44,762.99 | 17,298.93 |
| **TOTAL DISBURSEMENTS** | $ 361,765.00 | $ 47,678.07 | $ 47,678.07 | $ 20,214.01 |

4) This case was originally filed under chapter 7 on 10/31/2012 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2015          By:/s/GREGG SZILAGYI
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ULTI Stock to vest March 2013 | 1129-000 | 18,282.73 |
| tax refund | 1224-000 | 5,047.28 |
| **TOTAL GROSS RECEIPTS** | | **$23,330.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARY G KAZMIERCZAK | Exemptions | 8100-002 | 3,116.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,116.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abamromtg 2600 West Big Beaver Road Troy, MI 48084-3306 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |
| | citi bank | | 0.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 288,168.00 | NA | NA | 0.00 |
| | Plaza Bank 7460 W Irving Pk R Norridge, IL 60634 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 288,168.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 2,771.40 | 2,771.40 | 2,771.40 |
| Associated Bank | 2600-000 | NA | 143.68 | 143.68 | 143.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,915.08 | $ 2,915.08 | $ 2,915.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co (Original Creditor:Vill 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | 0.00 | NA | NA | 0.00 |
| | Bac/Fleet-Bkcard 200 Tournament Dr Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer De5-019-03-07 Newark, DE 19714 | | 10,501.00 | NA | NA | 0.00 |
| | Citi Cards Po Box 6497 Sioux Falls, SD 57117 | | 7,709.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 8,711.00 | NA | NA | 0.00 |
| | Citibank Na Po Box 769006 San Antonio, TX 78245 | | 7,197.00 | NA | NA | 0.00 |
| | Comenity Bank/Brylnhme Po Box 182789 Columbus, OH 43218 | | 166.00 | NA | NA | 0.00 |
| | Comenity Bank/Mtrostyl Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Nwprtnws 101 Crossway Park West Woodbury, NY 11797 | | 0.00 | NA | NA | 0.00 |
| | Comenity Capital/Blair Po Box 182120 Columbus, OH 43218 | | 104.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 12,180.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Walmart Po Box 981400 El Paso, TX 79998 | | 5,389.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 21,620.00 | NA | NA | 0.00 |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 20.00 | NA | NA | 0.00 |
| 6 | Capital Recovery V, Llc | 7100-000 | NA | 5,389.44 | 5,389.44 | 2,082.78 |
| 1 | Discover Bank | 7100-000 | NA | 12,180.34 | 12,180.34 | 4,707.17 |
| 7 | N. A. Fia Card Services | 7100-000 | NA | 10,501.54 | 10,501.54 | 4,058.39 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 8,711.53 | 8,711.53 | 3,366.62 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 7,709.11 | 7,709.11 | 2,979.23 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 104.93 | 104.93 | 40.55 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 166.10 | 166.10 | 64.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 73,597.00 | $ 44,762.99 | $ 44,762.99 | $ 17,298.93 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-43480 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | MARY G KAZMIERCZAK | | | | Date Filed (f) or Converted (c): | 10/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 07/23/2015 | | | | Claims Bar Date: | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. US Bank | 5.00 | 0.00 | | 0.00 | FA |
| 2. Us Bank | 329.00 | 0.00 | | 0.00 | FA |
| 3. Misc Houshold Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Petty Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. ULTI Stock to vest March 2013 | 25,000.00 | 21,884.00 | | 18,282.73 | FA |
| 8. tax refund (u) | Unknown | 0.00 | | 5,047.28 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $31,384.00   $21,884.00   $23,330.01   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013      Current Projected Date of Final Report (TFR): 10/01/2014

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-43480 | Trustee Name: GREGG SZILAGYI |
| Case Name: MARY G KAZMIERCZAK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0864 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX3071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/13 | 7 | MARY KAZMIERCZAK | NET STOCK SALE PROCEEDS | 1129-000 | $18,282.73 | | $18,282.73 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $18,272.73 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $27.16 | $18,245.57 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $26.25 | $18,219.32 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $27.09 | $18,192.23 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $26.17 | $18,166.06 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.01 | $18,139.05 |
| 02/20/14 | 8 | INTERNAL REVENUE SERVICE | TAX REFUND | 1224-000 | $5,047.28 | | $23,186.33 |
| 11/17/14 | 1000 | MARY G KAZMIERCZAK<br>3245 N. OLCOTT<br>CHICAGO, IL  60634 | EXEMPTION PAYMENT | 8100-002 | | $3,116.00 | $20,070.33 |
| 02/11/15 | 1001 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,771.40 | $17,298.93 |
| 02/11/15 | 1002 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 38.65 % per court order. | 7100-000 | | $4,707.17 | $12,591.76 |
| 02/11/15 | 1003 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 2 representing a payment of 38.65 % per court order. | 7100-000 | | $3,366.62 | $9,225.14 |

Page Subtotals: $23,330.01  $14,104.87

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-43480 | Trustee Name: GREGG SZILAGYI |
| Case Name: MARY G KAZMIERCZAK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0864 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX3071 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/15 | 1004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 38.65 % per court order. | 7100-000 | | $2,979.23 | $6,245.91 |
| 02/11/15 | 1005 | Quantum3 Group Llc As Agent For Comenity Capital Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 38.65 % per court order. | 7100-000 | | $40.55 | $6,205.36 |
| 02/11/15 | 1006 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 38.65 % per court order. | 7100-000 | | $64.19 | $6,141.17 |
| 02/11/15 | 1007 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Final distribution to claim 6 representing a payment of 38.65 % per court order. | 7100-000 | | $2,082.78 | $4,058.39 |
| 02/11/15 | 1008 | N. A. Fia Card Services<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution to claim 7 representing a payment of 38.65 % per court order. | 7100-000 | | $4,058.39 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,330.01 | $23,330.01 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,330.01 | $23,330.01 |
| Less: Payments to Debtors | $0.00 | $3,116.00 |
| Net | $23,330.01 | $20,214.01 |

Page Subtotals: $0.00  $9,225.14

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0864 - CHECKING ACCOUNT | $23,330.01 | $20,214.01 | $0.00 |
| | $23,330.01 | $20,214.01 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,330.01 |
| Total Gross Receipts: | $23,330.01 |

Page Subtotals:  $0.00   $0.00